**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date:  March 6, 2013 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Gary Burney | |
| Interpreter: | Susanna Cahill | |

Criminal Action No. 12-cr-00219-MSK

*Parties*:                                                                   *Counsel*:

UNITED STATES OF AMERICA,                       Robert Brown

       Plaintiff,

v.

JESUS CARLOS TENA-ARANA,                        Matthew Golla

       Defendant.

_____

**SENTENCING MINUTES**
_____

**9:15 a.m.**        **Court in session**.

Hearing continued from January 10, 2013.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on October 9, 2012.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The defendant **does** request departure (**Doc. #30**).  Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (**Doc. #30**) Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** Defendant's Motion for Downward Departure and Variance (**Doc. #30**) is **DENIED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:06 a.m.**     **Court in recess.**

Total Time:    51 minutes
Hearing concluded.